UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GUARDIAN NEWS & MEDIA LLC d/b/a "Guardian U.S.", <br><br> Plaintiff, <br><br> v. <br><br> IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendant. | Civil Action No. 26-0944 (ACR) |

## FIRST JOINT STATUS REPORT

Pursuant to the Court's Minute Order (April 27, 2026), Plaintiff Guardian News & Media LLC d/b/a Guardian U.S. and Defendant Immigration and Customs Enforcement, by and through their undersigned counsel, respectfully submit this Joint Status Report ("JSR") in this case under Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

This case concerns Plaintiff's January 5, 2026 FOIA request for records related to pregnant, postpartum, and nursing women in ICE custody. Plaintiff filed its complaint on March 18, 2026, ECF No. 1; Defendant filed its answer on April 24, 2026, ECF No. 7.

Defendant is unlikely to file a motion for an *Open America* stay. Defendant is performing secondary searches based on follow up intra-agency questions and records located in similar litigation. Defendant anticipates processing approximately 75 documents, and expects to provide its first production, constituting 500 pages, by July 1, 2026.

The Parties propose filing the next joint status report on July 27, 2026.

- 2 -

Dated:  May 27, 2026                                        Respectfully submitted,

                                                           JEANINE FERRIS PIRRO
                                                           United States Attorney

*/s/ Gunita Singh*
Gunita Singh                                                /s/      *Robert J. Morris, II*
D.C. Bar No. 1601923                                          ROBERT J. MORRIS, II
Adam A. Marshall                                              D.C. Bar #1719434
D.C. Bar No. 1029423                                         Assistant United States Attorney
REPORTERS COMMITTEE FOR FREEDOM                              601 D Street NW
OF THE PRESS                                                 Washington, DC 20530
1156 15th Street NW, Suite 1020                              (202) 252-2534
Washington, DC 20005                                         Robert.Morris@usdoj.gov
(202) 795-9300
gsingh@rcfp.org                                            *Attorneys for the United States of America*
amarshall@rcfp.org

*Counsel for Plaintiff*

- 2 -