UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GUARDIAN NEWS & MEDIA LLC
d/b/a “Guardian U.S.”,

Plaintiff,

v.

IMMIGRATION AND CUSTOMS ENFORCEMENT,

Defendant.

Civil Action No. 26-0944 (ACR)

**SECOND JOINT STATUS REPORT**

Pursuant to the Court’s Standing Order, Plaintiff Guardian News & Media LLC d/b/a Guardian U.S. and Defendant Immigration and Customs Enforcement, by and through their undersigned counsel, respectfully submit this Joint Status Report (“JSR”) in this case under Freedom of Information Act, 5 U.S.C. § 552 (“FOIA”).

Defendant made its first production on July 16, 2026, consisting of two spreadsheets responsive to Plaintiff’s request. On July 21, Plaintiff, via counsel, emailed Defendant’s counsel questions about Defendant’s initial production. Defendant expects to issue its second production on or before September 1, 2026.

The Parties propose filing the next joint status report on September 27, 2026.

Dated: July 27, 2026

*/s/ Gunita Singh*
Gunita Singh
D.C. Bar No. 1601923
Adam A. Marshall
D.C. Bar No. 1029423
REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
(202) 795-9300
gsingh@rcfp.org
amarshall@rcfp.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Robert J. Morris, II*
ROBERT J. MORRIS, II
D.C. Bar #1719434
Assistant United States Attorney
601 D Street NW
Washington, DC 20530
(202) 252-2534
Robert.Morris@usdoj.gov

*Attorneys for the United States of America*